# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARRY BURDICK,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:12-cv-01296-APG-CWH

**O R D E R**

    The court electronically served the Attorney General of the State of Nevada and stayed the action. Order (Dkt. #31). Petitioner has submitted a motion for leave for reconsideration (Dkt. #32). He argues that the court's order, and his move to the Clark County Detention Center, makes it impossible for him to serve personally the defendants. Petitioner's motion is premature. If the action continues after the proceedings described in the court's order (Dkt. #31), it appears likely that plaintiff will be able to proceed *in forma pauperis*, and then the court will handle service of process upon defendants. *See* 28 U.S.C. § 1915(d).

    IT IS THEREFORE ORDERED that plaintiff's motion for leave for reconsideration (Dkt. #32) is **DENIED**.

    DATED: October 28, 2013.

ANDREW P. GORDON
United States District Judge