# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARRY BURDICK, | CASE NO. 2:12-cv-01296-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

The above-captioned matter came for hearing before the Honorable Richard F. Boulware, II, on September 4, 2014. The Plaintiff, Harry Burdick, was present *pro se*, and the Defendants were represented by Deputy Attorney General Mercedes S. Menendez.

Having reviewed the pleadings and papers on file, having heard the representations of the parties and their representatives at the above hearing, and good cause appearing:

**IT IS HEREBY ORDERED** that the Custodian of Records of the Clark County Detention Center, or his designee, shall provide a full and complete copy of the medical records of **HARRY BURDICK, #81868**, including (but not limited to) films, laboratory reports, physician's orders, progress notes, prescriptions, pharmacy records, and requests for medication and medical attention, to **High Desert State Prison, Attention: Medical Department, P.O. Box 650, Indian Springs, Nevada 89070-0650**. These records must be provided to High Desert State Prison on or before **September 15, 2014**;

**IT IS FURTHER ORDERED** that the **Medical Department of High Desert State Prison** will provide a copy of the records they receive from Clark County Detention Center as a result of this Order to **HARRY BURDICK, #81868** by **September 19, 2014**;

**IT IS FURTHER ORDERED** that a physician employed with or contracted by the Nevada Department of Corrections at High Desert State Prison conduct a physical examination of **HARRY BURDICK, #81868** and review all of **HARRY BURDICK's, #81868** medical records, including (but not limited to) films, laboratory reports, physician's orders, progress

1   notes, prescriptions, pharmacy records, requests for medication and medical attention, and

2   formal and informal grievances related to medical issues. The medical records to be reviewed by

3   said physician shall include those on file at High Desert State Prison as well as those received

4   from Clark County Detention Center. After the examination is performed and these documents

5   are reviewed, said physician must provide a written report to the Court as to whether or not

6   **HARRY BURDICK, #81868** suffers from any type of liver damage or liver failure. This report

7   must be provided to the Court, under seal, on or before **September 26, 2014**. This report must

8   also be provided to **HARRY BURDICK, #81868** on or before the same date.

9        **IT IS FURTHER ORDERED** that the Nevada Department of Corrections provide a

10  report to the Court detailing the dates when **HARRY BURDICK, #81868** was prescribed

11  medication, the dates when **HARRY BURDICK, #81868** was due to have his medication

12  refilled, and the dates **HARRY BURDICK, #81868** received the medication. This report shall

13  note the instances when **HARRY BURDICK, #81868** received his medication on time and

14  when he did not, regardless of whether he submitted a request to have the medication refilled.

15  This report shall include data from August 1, 2011 to September 4, 2014. This report must be

16  provided to the Court, under seal, on or before **September 26, 2014**, and must also be provided

17  to **HARRY BURDICK, #81868** on or before the same date.

18       **IT IS SO ORDERED.**

19

20  _____

21  RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT COURT JUDGE

22  DATED this 5th day of September, 2014.

23

24

25

26

27

28